AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| COUCH AND MADISON PARTNERS, doing business as JUANA RECORDS <br><br> *Plaintiff(s)* <br> v. <br> ANITA WARD RICHARDSON <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:16cv485 DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ANITA WARD RICHARDSON
7543 EASTERLY LANE
MEMPHIS, TN 38125-4316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBERT A. MALOUF
P. O. BOX 199
601 CRESCENT BLVD, SUITE 402
RIDGELAND, MS 39158

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: JUN 2 2 2016

*Signature of Clerk or Deputy Clerk*